# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Anthony Favors, | Case No. 21-cv-650 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Chase Bank USA, N.A.; Alltran Financial LP; and ARS National Services, | |
| Defendants. | |

Plaintiff Joseph Anthony Favors was previously ordered to show cause why this matter should not be dismissed as precluded by prior state-court litigation brought by Favors against the same defendants. *See* ECF No. 7. As part of that order to show cause, Favors was directed to submit, among other things, all complaints and amended complaints submitted by Favors in the state-court action and the order of dismissal of the state district court. *Id*. at 2. Favors requests additional time in which to submit these materials. *See* ECF No. 8 at 7-8. That request will be granted, though Favors is warned that he will not be provided an extension beyond the 60 days that he requests. Favors must submit the required state-court documents by **August 3, 2021**. **No further requests for an extension will be granted.**

Favors has also submitted a motion for leave to file an amended complaint. *See* ECF No. 9. The request is denied without prejudice for two reasons. First, Local Rule 15.1(b) of this District requires litigants to submit a copy of the proposed amended pleading along with any motion to amend the complaint, and Favors has not done so.

1

Second, Favors may amend his complaint once as a matter of course at this stage of the proceedings, and therefore leave from the Court is not required for Favors to submit an amended pleading. *See* Fed. R. Civ. P. 15(a)(1).

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The motion for leave to file an amended complaint of plaintiff Joseph Anthony Favors [ECF No. 9] is **DENIED WITHOUT PREJUDICE**.

2. The deadline for Favors to submit the pleadings and order of dismissal from the state-court proceedings cited in this Court's April 8, 2021 order to show cause is extended to **August 3, 2021**. **No further extensions will be granted.**

Date: June\_\_\_3\_\_\_, 2021

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Favors v. Chase Bank USA, N.A. et al.*
Case No. 21-cv-650 (SRN/TNL)